IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JEFFRY IRVING, )
    Plaintiff, )
     )
    v. )   Case No. 1:16cv1617
     )
PAE GOVERNMENT SERVICES, INC., )
    Defendant. )
     )

### ORDER

This matter came before the Court for a hearing on defendant's motion for summary judgment. (Doc. 42).

For the reasons stated in the accompanying Memorandum Opinion, and for good cause,

It is hereby **ORDERED** that defendant's motion for summary judgment is **GRANTED**, and accordingly, the matter is dismissed.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
November 1, 2017

/s/
T. S. Ellis, III
United States District Judge