United States District Court for the Eastern
District of Virginia
File Number 1:16-cv-1617-TSE-TCB

| | |
|---|---|
| **JEFFRY IRVING,**<br><br>Plaintiff<br><br>v.<br><br>**PAE GOVERNMENT SERVICES, INC.,** *et al.*,<br><br>Defendant | Notice of Appeal |

      Notice is hereby given that Jeffry Irving, plaintiff in the above-named case,* hereby appeals to the United States Court of Appeals for the Fourth Circuit from an Order Granting Defendant PAE Government Services, Inc's Motion for Summary Judgment entered in this action on the 1st day of November, 2017.

                                  /s/
                        Monique Miles, Attorney for Plaintiff
                               Jeffry Irving
                Address: 216 South Patrick St., Alexandria,
                              Virginia 22204

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

\* See Rule 3(c) for permissible ways of identifying appellants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2017, a copy of the foregoing *Notice of Appeal* was sent via USPS mail to:

> Jeremy S. Schneider (Va. Bar No. 84419)
> Matthew F. Nieman (Va. Bar No. 47231)
> JACKSON LEWIS P.C.
> 10701 Parkridge Blvd., Suite 300
> Reston, Virginia 20191
> Telephone: (703) 483-8300
> Fax: (703) 483-8301
> niemanm@jacksonlewis.com
> Jeremy.Schneider@jacksonlewis.com

*Counsel for Defendants*

\_\_/s/_____

Monique A. Miles, Esq.