FILED: September 6, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2391
(1:16-cv-01617-TSE-TCB)
_____

JEFFREY IRVING

    Plaintiff - Appellant

v.

PAE GOVERNMENT SERVICES, INC.

    Defendant - Appellee

and

STEPHEN EASLEY; RICHARD GREENE; KATHLEEN LONG; JANICE PFUNDHELLER

    Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                  /s/ PATRICIA S. CONNOR, CLERK